# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQLENE MARIE LOPEZ,<br><br>　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　Defendant. | Case No.: 1:15-cv-01045 SAB<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 15) |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that:

1. Plaintiff's opening brief shall be filed on or before March 21, 2016
2. Defendant's Responsive Brief shall be filed on or before April 20, 2016; and
3. Plaintiff's Reply, if any shall be filed by May 5, 2016.

IT IS SO ORDERED.

Dated: **February 23, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-